**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ROBERT KENNEDY, II,**

    **Plaintiff,**

    vs.                              **Civil Action 2:12-cv-191
Judge Marbley
Magistrate Judge King**

**RAYMOND FEW,** *et al.*,

    **Defendants.**

### REPORT AND RECOMMENDATION

Jeffrey Dean Blake, who is apparently incarcerated in the Federal Medical Center in Butner, North Carolina, has submitted for filing a complaint in the name of Robert Kennedy, II, naming as defendants a large number of defendants, including public figures both living and dead. Other than indicating that he "wish[es] to sue Butner Correction for total amount of 5 Billion Dollar . . . ," *Complaint*, p. 2, it is impossible to decipher any legal claim or factual basis upon which relief can be granted. The *Complaint* is frivolous within the meaning of 28 U.S.C. § 1915A.

It is therefore **RECOMMENDED** that this action be dismissed.

If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); F.R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. F.R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the

*Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Federation of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

                                            *s/Norah McCann King*
                                                Norah McCann King
                                     United States Magistrate Judge

April 17, 2012
(Date)