```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

**ROBERT KENNEDY, II,**

    **Plaintiff,**

    **vs.**                                     **Civil Action 2:12-cv-191**
                                                              **Judge Marbley**
                                                              **Magistrate Judge King**

**RAYMOND FEW,** *et al.***,**

    **Defendants.**

## ORDER

    On April 17, 2012, the United States Magistrate Judge recommended that this action be dismissed pursuant to 28 U.S.C. §§ 1915(e), 1915A as frivolous. *Report and Recommendation*, Doc. No. 2. Although plaintiff was advised of his right to object to that recommendation and of the consequences of his failure to do so, there has been no objection.

    The *Report and Recommendation,* Doc. No. 2, is **ADOPTED AND AFFIRMED**.

    This action is hereby **DISMISSED**.

    The Clerk shall enter **FINAL JUDGMENT**.

    Moreover, the Court concludes that an appeal from the judgment entered in this case would not be taken in good faith.

                                                                        s/Algenon L. Marbley
                                                                          Algenon L. Marbley
                                                                  United States District Judge